# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TRACY MORA GONZALEZ** f/k/a **TRACY ORTEGA MORA,**
Appellant,

v.

**MICHAEL UNGERER,**
Appellee.

No. 4D22-1233

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. FMCE 11-006829 (41)(92).

Cynthia M. Pyfrom of Cynthia M. Pyfrom, P.A., Boynton Beach, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***